UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

ANTHONY DEWOLF; WALTER RIVERA; EDWIN NARVAEZ; RONNY THREADGILL; JOSE GARCIA; ROBERT JUNIOR MEDINA; JOSE LUIS COLON, JR.; AUDELIS VAZQUEZ; MARCEL PORTER; VICTOR TERRERO; LUIS GONZALEZ,

*Plaintiffs*,

v.

HYDROCHEMPSC; HYDROCHEM LLC; HYDROCHEM INDUSTRIAL CLEANING, LLC; CORPORATIONS 1-10,

*Defendants*.

Civ. No. 20-3378 (KSH) (CLW)

**ORDER**

THIS MATTER having come before the Court on defendants' motion to dismiss the amended complaint (D.E. 80), and the Court having considered the parties' submissions; for the reasons set forth in the opinion filed herewith,

**IT IS,** on this 30th day of September, 2022,

**ORDERED** that the motion is GRANTED IN PART and DENIED IN PART, and it is further

**ORDERED** that Count I is dismissed with prejudice.

/s/ Katharine S. Hayden
Katharine S. Hayden, U.S.D.J.